# Federal Defenders
## OF NEW YORK, INC.

Eastern District
One Pierrepont Plaza, 16th Fl., Brooklyn, NY
11201 Tel: (718) 330-1200  Fax: (718) 855-0760

Tamara L. Giwa
*Executive Director and*
*Attorney-in-Chief*

Michelle A. Gelernt
*Attorney-in-Charge*

March 6, 2026

By ECF and Email
The Honorable Clay H. Kaminsky
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:    United States v. Jakhi McCray, 25-mj-238

Dear Judge Kaminsky:

We write on behalf of Mr. McCray, with no objection from Pretrial Services or the government, to respectfully request that Mr. McCray's electronic monitoring bond condition be modified from home confinement to curfew as directed by Pretrial. Travel will continue to be restricted to New Jersey, and New York City for court and attorney visit purposes only.

Mr. McCray is charged by complaint with arson in violation of 18 U.S.C. § 844(i), for allegedly setting fire to NYPD vehicles at an auxiliary lot in Brooklyn. He self-surrendered on July 21, 2025, was arraigned before Chief Magistrate Judge Vera M. Scanlon, and released on a $300,000 bond secured by property and co-signed by four sureties. Since his release, Mr. McCray has attended mental health treatment as required, is enrolled full time in college, is actively interviewing for jobs, and has not had any violations of his bond conditions. The parties are currently engaged in pre-indictment disposition discussions.

Thank you for your consideration of this request.

Respectfully Submitted,

_____/s/_____
Samuel Jacobson
Ronald Kuby

cc:    all counsel of record (by ECF)
       Pretrial Services (by Email)

2